JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN GERARDO ADAME-LOPEZ,<br><br>Defendant. | 3:23-cr-00024-LRH-CLB<br><br>**CRIMINAL INDICTMENT**<br><br><u>VIOLATION</u>:<br><br>Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>– Felon in Possession of a Firearm |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about June 17, 2023, in the State and Federal District of Nevada,

ESTEBAN GERARDO ADAME-LOPEZ,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Attempted Battery with the Use of a Deadly Weapon, Resulting in Substantial Bodily Harm, in the Second Judicial District

1

Court of the State of Nevada, in and for the County of Washoe, on or about July 1, 2020, case number CR20-0119A; knowingly possessed a firearm, that is: a Taurus, Millennium G2, 9mm pistol bearing serial number TKM41912, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: this 13TH day of July, 2023.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

MEGAN RACHOW
Assistant United States Attorney