# Exhibit 1 – Deputy Rangle Report

Exhibit 1 – Deputy Rangle Report

# WEAPON VIOLATIONS
# RENO POLICE DEPARTMENT



P.O. BOX 1900

455 E 2ND ST

Reno NV 89502

Phone 775-334-2175

Fax

**23-10590**
**DRAFT**

Supplement No 0001

Reported Date 06/17/2023
Rpt/Incident Typ WEAPONS
Emp # RANGLE,KENNETH

## Administrative Information

| Agency | OCA # | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| RENO POLICE DEPARTMENT | 23-10590 | 0001 | 06/17/2023 | 16:52 | 231680882 |

| Status | Rpt/Incident Typ |
|---|---|
| REPORT TO FOLLOW | WEAPONS LAW VIOLATIONS |

| Location | City |
|---|---|
| 777 GENTRY WY | RENO |

| Z P Code | Rep Dist | Area | Beat | Emp # |
|---|---|---|---|---|
| 89502 | L1D5 | RS | 74 | RW4624/RANGLE,KENNETH |

| Author | Report Title | Approving Officer | Approval Date |
|---|---|---|---|
| RW4624 | WEAPON VIOLATIONS | | |

Approval Time

## LAW ENFORCEMENT PERSONNEL 1: ;RANGLE,K

| Involvement | Invl No | Type |
|---|---|---|
| LAW ENFORCEMENT PERSONNEL | 1 | INDIVIDUAL |

Name
;RANGLE,K

| Employer/School | Position/Grade |
|---|---|
| WASHOE COUNTY SHERIFFS OFFICE | DEPUTY/RGU |

## Modus Operandi

Crime Code(s)
Weapons violations

## Narrative

Body Camera Footage Available.

On June 17, 2023, I was assigned to the Regional Gang Unit (RGU). I was operating in a plain clothes assignment driving in an unmarked vehicle. My partners on this day were Officer Madrigal-Pintor, Officer Golden, and Detective Harvey.

This report summarizes the details discovered in this case and is not considered verbatim compared to my body camera video. Please review my camera video for further information about other conversations between the defendant, subjects, and any additional pertinent information related to this case.

At approximately 1652 hours, I was in the area of 777 Gentry Way. While driving eastbound, I recognized Esteban Adame Lopez walking on the North side of the street walking westbound. I have interacted with Esteban no less than twenty times while he was an inmate at the Washoe County Jail and one time during a traffic stop in the past year. I knew that Esteban had an active Failure to Appear warrant out of Reno Justice Court. Furthermore, earlier in the day, an Attempt to Locate announcement was made by the Reno Police Dispatch advising all Officers that Esteban was wanted, possibly driving a stolen vehicle, and known to be in possession of a Taurus firearm.

Upon recognizing Esteban, I activated my emergency red and blue lights, stopped and exited my vehicle, placed Esteban at gunpoint, and began giving Esteban instructions. I told Esteban to show me his hands and not to move. While giving Esteban these instructions, he raised both of his hands in the air while holding a black beanie in his left hand. As I was giving instructions to Esteban, I could not see his waistband due to his black t-shirt covering that area of his body. As I approached Esteban, I could clearly see his front profile and did not see a firearm on his person.

Detective Harvey approached Esteban from the East and attempted to take control of his arms. I holstered my duty weapon and assisted Detective Harvey in trying to restrain Esteban. Esteban began tensing up his arms and repeating, "I didn't do anything!" Esteban was taken to the ground in order to restrain him.

| Report Emp # | Printed At | |
|---|---|---|
| RW4624/RANGLE,KENNETH | 06/21/2023 15:40 | Page 1 of 2 |

| WEAPON VIOLATIONS | 23-10590 | Supplement No 0001 |
| --- | --- | --- |
| RENO POLICE DEPARTMENT | DRAFT | |

### Narrative

I began speaking with him once Esteban was on the ground and placed in hand restraints. I told Esteban I was going to stand him up. Prior to doing so, I asked him if he had anything on him that he shouldn't have. Esteban responded by saying, "Yes I do", I asked him what he had, and he said, "I have a gun on my waist, ok." I then asked Esteban if his gun was loaded, and he said, "Yes, there is one in the chamber, ok."

Esteban was asked by Detective Harvey what side of his body his gun was on, and Esteban said, "My right side." Esteban was rolled onto his side; his t-shirt was lifted up over his waistband, exposing a black handgun inside a black holster clipped to the inside of Esteban's waistband. The handgun was photographed and removed from Esteban's waistband. Further inspection of the gun determined it to be a Taurus Millennium G2 semi-automatic handgun with serial number TKM41912.

Esteban was placed under arrest for his warrant and transported to the Washoe County Jail.

| Report Emp # | Printed At | |
| --- | --- | --- |
| RW4624/RANGLE,KENNETH | 06/21/2023 15:40 | Page 2 of 2 |

USAO 000013