# Exhibit 2 – Bench Warrant

Exhibit 2 – Bench Warrant

*ADAme-LopeZ*

*23-10589*

*2407456*

*MB*

# IN THE JUSTICE COURT OF RENO TOWNSHIP,

## COUNTY OF WASHOE, STATE OF NEVADA

| | | |
|---|---|---|
| THE STATE OF NEVADA, | | **FIRST** |
| | PLAINTIFF, | **BENCH WARRANT** |
| AGAINST | | Case No.: RCR2023-122480 |
| | | Agency No.: RP23-004903 |
| Esteban Gerardo Adame-Lopez | | DA No.: 0326340 |
| | DEFENDANT, | Dept. No.: 4 |

*Conf for*
*✓ SPD OJC*
*HARVEY*
*6/17/23.*
*1706*
*Xn*

TO ANY SHERIFF, CONSTABLE, MARSHALL, POLICEMAN, OR PEACE OFFICER IN THE STATE
OF NEVADA:

AN ORDER having been heretofore made by a Judge of the Justice Court, Reno Township, Washoe County,
Reno, Nevada, commanding the compliance of the above-named Defendant on the charges of:

| | | |
|---|---|---|
| Battery | NRS 200.481.2a (50212) | Misdemeanor — |
| Use/possess drug paraphernalia | NRS 453.566 (51339) | Misdemeanor — |

and said Defendant having failed to appear for Status Hearing (pre-sentence) on June 05, 2023. **NRS 199.335**

YOU ARE THEREFORE COMMANDED to arrest the above-named Defendant and bring said Defendant
before me forthwith, at my office 1 South Sierra Street Reno Nevada 89501, City of Reno, in said County of
Washoe; or in case of my absence or inability to act, before the nearest or most accessible Magistrate in the
County.

Date: June 05, 2023

_____
Justice of the Peace
10:46 am, Jun 06 2023

The Defendant is admitted to bail in the amount of $5,000.00 bondable or 10% cash

Conditions as previously set.

The Court hereby finds, based upon the record before the court and NRS 178.4853, that these conditions of release
constitute the least restrictive means necessary to protect the safety of the community or to ensure the above person
will appear at the times and places ordered by the court.

_____
Jacqueline Valle
Deputy Clerk
2023 JUN 14 AM 10:13

THIS WARRANT MAY BE SERVED DAY OR NIGHT.

*MB*

USAO 000003