# Exhibit 3 – Detective Harvey Report

Exhibit 3 – Detective Harvey Report



# RENO POLICE DEPARTMENT

P.O. BOX 1900

455 E 2ND ST

Reno NV 89502

Phone 775-334-2175

Fax

**23-10590**
**DRAFT**

Supplement No: ORIG
Reported Date: 06/17/2023
Rpt/Incident Typ: WEAPONS
Emp #: HARVEY,J

## Administrative Information

| Agency | OCA # | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| RENO POLICE DEPARTMENT | 23-10590 | ORIG | 06/17/2023 | 16:52 | 231680882 |

| Status | Rpt/Incident Typ |
|---|---|
| REPORT TO FOLLOW | WEAPONS LAW VIOLATIONS |

| Location | City |
|---|---|
| 777 GENTRY WY | RENO |

| Z P Code | Rep Dist | Area | Beat | From Date | From Time |
|---|---|---|---|---|---|
| 89502 | L1D5 | RS | 74 | 06/17/2023 | 16:52 |

| Emp # | Assignment |
|---|---|
| RS476/HARVEY,J | Patrol - Swing - Team 33 - RGU |

| Author | Assignment | Prop Trans Stat | Approving Officer |
|---|---|---|---|
| RS476 | Patrol - Swing - Team 33 - RGU | Successful | R7920 |

| Approval Date | Approval Time |
|---|---|
| 06/19/2023 | 20:56:37 |

Marijuana Involvement: N

| # Offenses | Offense | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| 1 | 51459 | CARRY CONCEAL EXPL/G | F | C | A |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | NV Offense | Dom Violence? | # Child |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 13 | | | P | 12 | 520 | 1 | | 51459 | N | |

Med Atn?  Protection?  DV Card?

| # Offenses | Offense | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| 2 | 51460 | OWN/POSS GUN BY PROH | F | C | A |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | NV Offense | Dom Violence? | # Child |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 13 | | | P | 12 | 520 | 2 | | 51460 | N | |

Med Atn?  Protection?  DV Card?

| # Offenses | Offense | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| 3 | 55104 | RESIST PUBLIC OFFCER | F | C | A |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | NV Offense | Dom Violence? | # Child |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 13 | | | N | 12 | 13A | 3 | | 55104 | N | |

Med Atn?  Protection?  DV Card?

| # Offenses | Offense | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| 4 | 51427 | POSS GUN UNDER INFLU | M | C | A |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | NV Offense | Dom Violence? | # Child |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 13 | | | P | 12 | 520 | 4 | | 51427 | N | |

Med Atn?  Protection?  DV Card?

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| ARR | 1 | I | ADAME-LOPEZ,ESTEBAN | 2407456 |

| Race | Sex | DOB |
|---|---|---|
| W | M | ▇▇▇▇ 1997 |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| LEP | 1 | I | ;RGU DEPUTY RANGLE (WCSO) | |

Race  Sex  DOB

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| LEP | 2 | I | ;RGU OFFICER PINTOR (RPD) | |

Race  Sex  DOB

| Report Emp # | Printed At | |
|---|---|---|
| RS476/HARVEY,J | 06/21/2023 15:39 | Page 1 of 7 |

# RENO POLICE DEPARTMENT

23-10590  
DRAFT

Supplement No  
ORIG

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| LEP | 3 | I | ;RGU OFFICER GOLDEN (RPD) | |
| Race | Sex | DOB | | |
| | | | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| VIC | 1 | G | STATE OF NEVADA | 524542 |
| Race | Sex | DOB | | |
| | | | | |

## Property Summary

| Involvement | Description |
|---|---|
| EVD | Firearm: Taurus, Taurus Intl. MILLENIUM PISTOL, SEMIAUTOMATIC 9MM |
| EVD | Article: Miscellaneous MISC   Black inside waistband gun holster |

# RENO POLICE DEPARTMENT

**23-10590**  
**DRAFT**

Supplement No: **ORIG**

## ARRESTEE 1: ADAME-LOPEZ, ESTEBAN

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTEE | 1 | INDIVIDUAL |

| Name | MNI | Race | Sex |
|---|---|---|---|
| ADAME-LOPEZ, ESTEBAN | 7456 | WHITE | MALE |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | Skin |
|---|---|---|---|---|---|---|---|---|
| 1997 | 25 | HISPANIC ORIGIN | No | 5'04" | 180# | BLACK | BROWN | MEDIUM BROWN |

| Dom Violence? | Res Status | OFN_INVL | Vic/Ofnd Age |
|---|---|---|---|
| No | Resident | 1 | 25 |

| Type | Address |
|---|---|
| HOME | |

| City | State | Z P Code | Date |
|---|---|---|---|
| RENO | Nevada | 89502 | 06/17/2023 |

| Type | ID No | | |
|---|---|---|---|
| FBI NUMBER | N06N | | |
| FBI NUMBER | N06N | | |
| OPERATOR LICENSE | 8036 | OLS | Nevada |
| STATE NV IDENTIFICATION NUMBER (SID ONLY) | 7755 | | |
| SOCIAL SECURITY NUMBER | 4503 | | |

| Mark Code/Type | Description |
|---|---|
| TATTOO BACK | LOPEZ |
| TATTOO CHEST | JUANA |
| TATTOO ARM LEFT | SKULL |
| TATTOO EYE LEFT | UPPER EYEBROW "UNFORGETABLE" |
| TATTOO FINGER LEFT HAND | 4 DOTS |
| TATTOO FINGER LEFT HAND | FUCK |
| TATTOO LEG LEFT | SANTA MUERTE, SKULL |
| TATTOO NECK | N |
| TATTOO ARM RIGHT | "ISIAH" "MALAKAI" "ELI" |
| TATTOO CHEEK (FACE) RIGHT | PRINCESS |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 06/17/2023 | 16:54:00 | 23-6790 | 06/17/2023 | 17:48:00 | BOOKED |

| Dispo | Arrest Location | | |
|---|---|---|---|
| Felony | 777 GENTRY WY | | |

| City | Armed | Multi-arrests |
|---|---|---|
| RENO | Handgun | Not applicable |

| NOC/Charge | Counts | Level | Charge Literal | BRS | Arrest NOC |
|---|---|---|---|---|---|
| 55104 | 1 | F | RESIST PUBLIC OFFCER | 13A | 55104 |
| 51459 | 1 | F | CARRY CONCEAL EXPL/G | 520 | 51459 |

| Report Emp # | Printed At | |
|---|---|---|
| RS476/HARVEY,J | 06/21/2023 15:39 | Page 3 of 7 |

USAO 000007

# RENO POLICE DEPARTMENT

23-10590 DRAFT

Supplement No: ORIG

| NOC/Charge | Counts | Level | Charge Literal | BRS | Arrest NOC |
|---|---|---|---|---|---|
| 51460 | 1 | F | OWN/POSS GUN BY PROH | 520 | 51460 |
| 51427 | 1 | M | POSS GUN UNDER INFLU | 520 | 51427 |

## LAW ENFORCEMENT PERSONNEL 1: ;RGU DEPUTY RANGLE (WCSO)

| Involvement | Invl No | Type |
|---|---|---|
| LAW ENFORCEMENT PERSONNEL | 1 | INDIVIDUAL |

Name: ;RGU DEPUTY RANGLE (WCSO)

## LAW ENFORCEMENT PERSONNEL 2: ;RGU OFFICER PINTOR (RPD)

| Involvement | Invl No | Type |
|---|---|---|
| LAW ENFORCEMENT PERSONNEL | 2 | INDIVIDUAL |

Name: ;RGU OFFICER PINTOR (RPD)

## LAW ENFORCEMENT PERSONNEL 3: ;RGU OFFICER GOLDEN (RPD)

| Involvement | Invl No | Type |
|---|---|---|
| LAW ENFORCEMENT PERSONNEL | 3 | INDIVIDUAL |

Name: ;RGU OFFICER GOLDEN (RPD)

## VICTIM 1: STATE OF NEVADA

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| VICTIM | 1 | GOVERNMENT | STATE OF NEVADA |

MNI: 524542

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | ▮▮▮7856 | Nevada |
| OPERATOR LICENSE | ▮▮▮0809 | Nevada |
| OPERATOR LICENSE | ▮▮▮0809 | Nevada |
| SOCIAL SECURITY NUMBER | ▮▮▮-3453 | |

## IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 1 | 13A/520/520/520 |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Bar Code | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 06/17/2023 | Yes | No | 230002693 | 1 | TKM41912 |

Description: black Taurus Millenium G2 SN-TKM41912   Typ: F

| Cat | Article | Make | Model |
|---|---|---|---|
| Other (none of the above) | Guns/Firearms | Taurus, Taurus Intl. | MILLENIUM |

| BRS Type | Type/Cat | Caliber | Color |
|---|---|---|---|
| FIREARMS | PISTOL, SEMIAUTOMATIC | 9MM | BLACK |

Rcv Location: 777 GENTRY WY    Rcv City: RENO

| Rcv St | Rep Dist | Beat | Area | Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|---|---|---|---|
| Nevada | L1D5 | 74 | RS | 06/17/2023 | 21:01 | Successful | R13346   0621231120 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | ADAME-LOPEZ,ESTEBAN | W | M |

DOB: ▮▮/▮▮/1997

| Prop # | Involvement | Invl Date | In Custody? | Security | Bar Code | Item No |
|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 06/17/2023 | Yes | No | 230002693 | 2 |

Description: Black inside waistband gun holster   Typ: A   Cat: Miscellaneous

| Article | Article Color | BRS Type | Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|---|---|---|
| Miscellaneous | BLACK | OTHER | 06/17/2023 | 21:05 | Successful | R13346   0621231120 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | ADAME-LOPEZ,ESTEBAN | W | M |

DOB: ▮▮/▮▮/1997

| Report Emp # | Printed At | |
|---|---|---|
| RS476/HARVEY,J | 06/21/2023 15:39 | Page 4 of 7 |

| | | 23-10590 | Supplement No<br>ORIG |
|---|---|---|---|
| | **RENO POLICE DEPARTMENT** | **DRAFT** | |

**Modus Operandi**

Crime Code(s): Weapons violations

**Narrative**

Regional Gang Unit
Original Report

**Type of Report:** Weapons                                   **Case:** RP23-10590

**Date of Report:** 06/17/2023                                **Detective:** J. Harvey, 476

**Victim:** State of Nevada                                   **Location:** 777 Gentry Wy.
Reno, Nv

**Victim:**

State of Nevada

**Suspect:**

Esteban ADAME LOPEZ

**Suspect(s) Statement:**

Esteban admitted to having a concealed firearm on his person and inside of his waistband.

**Officers Involved and Assignment:**

RGU Deputy RANGLE- Cover, Located Esteban.
RGU Officer PINTOR- Cover, Transport Unit.
RGU Officer GOLDEN- Cover, Transport Unit.

**Witnesses:**

None.

**Weapons-Force used and /or List of Items and Loss:**

Black Taurus Millenium G2 9mm handgun (SN- TKM41912).

**Means of Entry and/or Exit:**

None.

**Extent of Injuries and Treatment:**

None claimed.

**Evidence:**

A black Taurus Millenium G2 9mm handgun was located on Esteban's person which was concealed inside of his waistband.

**Details of Case:**

On June 17, 2023, at approximately 1652 hours, while operating an unmarked patrol vehicle and assigned to the Regional Gang Unit (RGU), RGU Officers and I were in the area of Gentry Wy. and Kietzke Ln. attempting to locate a wanted individual.  The individual was identified as Esteban ADAME LOPEZ who had an active warrant for his arrest and was a suspect in a recent grand theft auto case out of the Reno Police Department.  In the Reno PD grand theft auto case, RGU Officers and I were advised that he may be armed with a Taurus handgun.

Esteban is known to RGU for being a Norteno gang member and has been contacted by RGU numerous times.  Esteban was arrested by the Regional Gang Unit in January of 2020 for battery with a deadly weapon after he and

| Report Emp #<br>RS476/HARVEY,J | Printed At<br>06/21/2023 15:39 | Page 5 of 7 |
|---|---|---|

USAO 000009

# RENO POLICE DEPARTMENT

23-10590 **DRAFT**

Supplement No: ORIG

## Narrative

other Norteno Gang members drove around a Sureno gang neighborhood, ultimately shooting two individuals. After Esteban was arrested, he ultimately plead guilty to attempted battery with a deadly weapon resulting in substantial bodily harm and was released from prison approximately one year prior to today's date.

Once RGU Deputy RANGLE and I were in the area, RGU Deputy RANGLE observed Esteban walking westbound on the north side walk at 777 Gentry Wy. RGU Deputy RANGLE positively identified Esteban due to numerous contacts with him while Esteban was incarcerated at the Washoe County Sheriff's Office prior to being incarcerated in prison. RGU Deputy RANGLE stopped his unmarked patrol vehicle, exited, and placed Esteban at gun point. At this time, I approached Esteban from behind and took control of both of his arms. Once I grabbed Esteban's arms, he began to tense up and attempted to straighten his arms. Due to the fact that Esteban might be armed with a firearm, I took Esteban to the ground where he was ultimately detained into handcuffs.

Once Esteban was detained in handcuffs, RGU Deputy RANGLE asked him if he had anything on him he should not have, to which Esteban replied, "Yes I do". RGU Deputy RANGLE asked what he had on him to which Esteban replied, "I have a gun on my waist". RGU Deputy RANGLE asked Esteban if the gun was loaded to which he replied, "Yes, there is one in the chamber". I then asked which side of his body the gun was on to which he stated, "My right side".

At this time, RGU Deputy RANGLE rolled Esteban onto his left side, and I lifted his shirt to expose his front waistband. Once Esteban's waistband was exposed, I observed a black firearm in a black holster secured inside of his waistband. It should be noted that for the entirety of the contact with Esteban, RGU Deputy RANGLE and I could not see the firearm concealed in his waistband. Esteban was concealed carrying the firearm in an "Appendix" fashion. Appendix carry is carrying a firearm in the front waistband, typically halfway between the front pants pocket and the waistband button.

I removed the firearm from Esteban's holster, which was described as a black Taurus Millenium G2 9mm handgun (SN- TKM41912) and unloaded it. The firearm was chambered with a bullet and had a total of 16 rounds of unfired ammunition in the chamber and the magazine.

Once Esteban was stood and RGU Officers were conducting a search incident to arrest, I began to smell a heavy odor of an alcohol-based beverage emanating from Esteban's person as he spoke. Due to the fact that Esteban was a possible flight risk, as well as being charged with obstructing, I did not release Esteban from handcuffs to conduct the Standardized Field Sobriety Tests. Esteban later consented to a Preliminary Breath Test which was administered by RGU Deputy RANGLE where Esteban provided a BrAC sample of 0.225% (PBT number ARFF-0163).

While at the Washoe County Sheriff's Office, RGU Deputy RANGLE allowed Esteban to call his mother prior to being booked in. During the conversation with Esteban's mother, Esteban explained to her that the gang unit caught him with his gun on him and stated to his mother that he was going back to prison.

Based on the facts and circumstances surrounding the investigation, and by Esteban being in possession of a firearm (Taurus Millenium G2 9mm (SN-TKM41912)), which was completely concealed inside of his front waistband, and not having a valid carry concealed weapon permit, as well as not having a lawful right to be in possession of a firearm due to him having plead guilty to attempted battery with a deadly weapon resulting in substantial bodily harm in 2020, as well as willfully delaying RGU Officers attempts to place him into handcuffs and causing RGU Officers to take him to the ground to detain him while he was in possession of a firearm, and being in possession of a firearm while having a BrAC of 0.225%, I determined probable cause exists to charge him with carrying a concealed weapon, possession of a firearm by a prohibited person, resisting with a firearm and possession of a firearm while intoxicated; violations of NRS 202.350, 202.360.1, 199.280.1, and 202.257.

A criminal history check of Esteban revealed the following:

Arrested on 1/9/2020 by the Reno Police Department for battery with a deadly weapon, criminal gang enhancement. Plead guilty to attempted battery with a deadly weapon resulting in substantial bodily harm on 7/1/2020 out of the Second Judicial District Court.

Arrested on 1/2/2020 by the Lyon County Sheriff's Officer for resisting a public officer. Plead guilty on 1/20/2022 out of the Fernley Municipal Court.

| Report Emp # | Printed At | |
|---|---|---|
| RS476/HARVEY,J | 06/21/2023 15:39 | Page 6 of 7 |

# RENO POLICE DEPARTMENT

**23-10590**
**DRAFT**

Supplement No
ORIG

## Narrative

Esteban was booked into the Washoe County Sheriff's Office without incident. The firearm was photographed and booked into Reno PD Evidence per policy.

I have no further information at this time.

**Final Status:**

Closed.

| Report Emp # | Printed At | |
|---|---|---|
| RS476/HARVEY,J | 06/21/2023 15:39 | Page 7 of 7 |