# Exhibit 4 – Judgment of Conviction

Exhibit 4 – Judgment of Conviction

F I L E D
Electronically
CR20-0119A
2020-07-02 06:03:26 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 7952719

CODE 1850

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

STATE OF NEVADA,

    Plaintiff,

vs.                                                  Case No. CR20-0119A

ESTEBAN GERARDO ADAME-LOPEZ,        Dept. No. 6

    Defendant.
_____/

### JUDGMENT OF CONVICTION

    The Defendant, having entered a plea of Guilty, and no legal reason or cause existing to preclude entry of judgment against him, the Court rendered judgment as follows:

    1.    Esteban Gerardo Adame-Lopez is guilty of the crime of Attempted Battery with Use of a Deadly Weapon, Resulting in Substantial Bodily Harm, a violation of NRS 200.481 and NRS 193.330, a category B felony, as charged in the Information.

    2.    He is punished by:

        a)    Imprisonment in the Nevada Department of Corrections for a maximum term of sixty (60) months with a minimum parole eligibility of twenty-four (24) months, with credit for one hundred eighteen (118) days time served.

        b)    Payment to the Clerk of the Second Judicial District Court of the following amounts:

//

1

USAO 000034

      1.     Twenty-Five Dollar ($25.00) administrative assessment fee; and

      2.     Three Dollar ($3.00) administrative assessment for obtaining a biological specimen and conducting a genetic marker analysis; and

      3.     One Hundred Fifty Dollar ($150.00) DNA analysis fee. Defendant shall submit to a DNA analysis to determine the presence of genetic markers, if not previously ordered; and

      4.     Five Hundred Dollars ($500.00) for legal representation.

3.     It is further ordered that the Defendant shall surrender himself to the Washoe County Jail no later than 5:00 p.m. on Friday, July 3, 2020.

Any fine, fee, administrative assessment or restitution imposed today (as reflected in this Judgment) constitutes a lien, as defined in Nevada Revised Statues (NRS 176.275). Should the Defendant not pay these fines, fees, or assessments, collection efforts may be undertaken against Esteban Gerardo Adame-Lopez.

DATED this __1st__ day of July, 2020.
NUNC PRO TUNC to July 1, 2020.

_____
DISTRICT JUDGE

2