# Exhibit 5 – Plea Agreement

Exhibit 5 – Plea Agreement

F I L E D
Electronically
CR20-0119A
2020-05-12 11:57:44 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 7872625

1   CODE 1785
    Christopher J. Hicks
2   #7747
    One South Sierra Street
3   Reno, NV. 89501
    (775)328-3200
4   Attorney for Plaintiff

5

6        IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,

7                  IN AND FOR THE COUNTY OF WASHOE

8                              * * *

9   THE STATE OF NEVADA,

10                     Plaintiff,
                                              Case No. CR20-0119A
11            v.
                                              Dept. No. D06
12   ESTEBAN ADAME-LOPEZ,

13                     Defendant.

14   _____/

15                    GUILTY PLEA MEMORANDUM

16        1.  I,  ESTEBAN ADAME-LOPEZ, understand that I am charged

17   with the offense of:  ATTEMPTED BATTERY WITH USE OF DEADLY WEAPON,

18   RESULTING IN SUBSTANTIAL BODILY HARM, a violation of NRS 200.481 and

19   NRS 193.330, a category B felony.

20        2.  I desire to enter a plea of guilty to the offense of

21   ATTEMPTED BATTERY WITH USE OF DEADLY WEAPON, RESULTING IN SUBSTANTIAL

22   BODILY HARM, a violation of NRS 200.481 and NRS 193.330, a category B

23   felony, as more fully alleged in the charge filed against me.

24        3.  By entering my plea of guilty I know and understand

25   that I am waiving the following constitutional rights:

26   ///

1       A.  I waive my privilege against self-incrimination.

2       B.  I waive my right to trial by jury, at which trial the

3 State would have to prove my guilt of all elements of the offense

4 beyond a reasonable doubt.

5       C.  I waive my right to confront my accusers, that is, the

6 right to confront and cross examine all witnesses who would testify

7 at trial.

8       D.  I waive my right to subpoena witnesses for trial on my

9 behalf.

10      4.  I understand the charge against me and that the

11 elements of the offense which the State would have to prove beyond a

12 reasonable doubt at trial are that on January 1, 2020, or thereabout,

13 in the County of Washoe, State of Nevada, I did willfully and

14 unlawfully attempt to use force or violence upon the person of WALTER

15 CRISTOBAL-MEJIA and/or OLVIN MEJIA at Grove Street and Wrondel Way,

16 Reno, Washoe County, Nevada, with a deadly weapon, to wit, a 9mm

17 Pistol, by shooting WALTER CRISTOBAL-MEJIA and/or OLVIN MEJIA, said

18 shooting resulting in substantial bodily harm to WALTER CRISTOBAL-

19 MEJIA and/or OLVIN MEJIA, the Defendants being responsible under one

20 or more of the following principles of criminal liability; to-wit:

21 (1) by the Defendants directly committing the said act; and/or (2) by

22 the Defendant's conspiring with each other to commit the offense of

23 Attempted Battery With Use of a Deadly Weapon, Resulting in

24 Substantial Bodily Harm whereby all Defendants are each vicariously

25 liable for the foreseeable acts of the other conspirators when the

26 acts were in furtherance of the conspiracy; and/or (3) the Defendants

USAO 000029

1   aiding or abetting in the commission of the crime by accompanying
2   each other to the crime scene where ESTEBAN ADAME-LOPEZ and LUIS
3   MARTO ACOSTA did willingly get into a vehicle driven by OSWALD JOEL
4   LIANG wherein they did drive to the area of Grove Street and Wrondel
5   Way and did confront said victims and ESTEBAN ADAME-LOPEZ and/or LUIS
6   MARTO ACOSTA did shoot said victims and/or encourage each other to
7   shoot said victims while OSWALD JOEL LIANG acted as the getaway
8   driver; the Defendants encouraging one another throughout by actions
9   and words; the Defendants acting in concert throughout.

10          5.  I understand that I admit the facts which support all
11   the elements of the offense by pleading guilty.  I admit that the
12   State possesses sufficient evidence which would result in my
13   conviction.  I have considered and discussed all possible defenses
14   and defense strategies with my counsel.  I understand that I have the
15   right to appeal from adverse rulings on pretrial motions only if the
16   State and the Court consent to my right to appeal in a separate
17   written agreement.  I understand that any substantive or procedural
18   pretrial issue(s) which could have been raised at trial are waived by
19   my plea.

20          6.  I understand that the consequences of my plea of guilty
21   are that I may be imprisoned for a period of 1-10 years in the Nevada
22   State Department of Corrections.

23          7.  In exchange for my plea of guilty, the State, my
24   counsel and I have agreed to recommend the following:  I will be free
25   to argue for an appropriate sentence.  The State agrees to recommend
26   no more than 24-60 months in the Nevada Department of Corrections.

3

Additionally, I agree to plead guilty in Reno Justice Court Case No. RCR2020-105934 to the crime of Domestic Battery, First Offense, where the parties will recommend a sentence of 180 days in the Washoe County Jail, as well as all standard sentencing conditions. The State agrees to run this case concurrent to RCR2020-105934. The State will not file additional criminal charges or enhancements resulting from the arrest in this case. This is a global resolution between all parties, and all defendants must enter into it.

8. I understand that, even though the State and I have reached this plea agreement, the State is reserving the right to present arguments, facts, and/or witnesses at sentencing in support of the plea agreement.

9. I also agree that I will make full restitution in this matter, as determined by the Court. Where applicable, I additionally understand and agree that I will be responsible for the repayment of any costs incurred by the State or County in securing my return to this jurisdiction.

10. I understand that the State, at their discretion, is entitled to either withdraw from this agreement and proceed with the prosecution of the original charges or be free to argue for an appropriate sentence at the time of sentencing if I fail to appear at any scheduled proceeding in this matter OR if prior to the date of my sentencing I am arrested in any jurisdiction for a violation of law OR if I have misrepresented my prior criminal history. I understand and agree that the occurrence of any of these acts constitutes a material breach of my plea agreement with the State. I further

4

USAO 000031

1  understand and agree that by the execution of this agreement, I am
2  waiving any right I may have to remand this matter to Justice Court
3  should I later withdraw my plea.

4          11.  I understand and agree that pursuant to the terms of
5  the plea agreement stated herein, any counts which are to be
6  dismissed and any other cases charged or uncharged which are either
7  to be dismissed or not pursued by the State, may be considered by the
8  court at the time of my sentencing.

9          12.  I understand that the Court is not bound by the
10  agreement of the parties and that the matter of sentencing is to be
11  determined solely by the Court.  I have discussed the charge, the
12  facts and the possible defenses with my attorney.  All of the
13  foregoing rights, waiver of rights, elements, possible penalties, and
14  consequences, have been carefully explained to me by my attorney.  My
15  attorney has not promised me anything not mentioned in this plea
16  memorandum, and, in particular, my attorney has not promised that I
17  will get any specific sentence.  I am satisfied with my counsel's
18  advice and representation leading to this resolution of my case.  I
19  am aware that if I am not satisfied with my counsel I should advise
20  the Court at this time.  I believe that entering my plea is in my
21  best interest and that going to trial is not in my best interest.  My
22  attorney has advised me that if I wish to appeal, any appeal, if
23  applicable to my case, must be filed within thirty days of my
24  sentence and/or judgment.

25          13.  I understand that this plea and resulting conviction
26  will likely have adverse effects upon my residency in this country if

5

USAO 000032

1  I am <u>not</u> a U. S. Citizen.  I have discussed the effects my plea will

2  have upon my residency with my counsel.

3          14.  I offer my plea freely, voluntarily, knowingly and

4  with full understanding of all matters set forth in the Information

5  and in this Plea Memorandum.  I have read this plea memorandum

6  completely and I understand everything contained within it.

7          15.  My plea of guilty is voluntary and is not the result

8  of any threats, coercion or promises of leniency.

9          16.  I am signing this Plea Memorandum voluntarily with

10  advice of counsel, under no duress, coercion, or promises of

11  leniency.

12          17.  I do hereby swear under penalty of perjury that all of

13  the assertions in this written plea agreement document are true.

14                  AFFIRMATION PURSUANT TO NRS 239B.030

15          The undersigned does hereby affirm that the preceding

16  document does not contain the social security number of any person.

17          DATED this __11__ day of __May_____, __2020__.

18

19                                  _____

20                                  DEFENDANT

21                                  _____

22                                  TRANSLATOR/INTERPRETER

23  _____

    Attorney Witnessing Defendant's Signature

24  _____

25

    Prosecuting Attorney

26

                              6