UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTEBAN GERARDO ADAME-LOPEZ,<br><br>　　　　　Defendant. | Case No. 3:23-cr-00024-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for ESTEBAN GERARDO ADAME-LOPEZ and JASON M. FRIERSON, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 30, 2024, at 1:30 PM, be vacated and continued to August 6, 2024, at 1:30 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Adame-Lopez is detained and consents to the continuance. Specifically, Mr. Adame-Lopez was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 17th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>   ALLIE WILSON<br>   Assistant Federal Public Defender<br>   Counsel for Esteban Adame-Lopez | By  /s Megan Rachow<br>   MEGAN RACHOW<br>   Assistant United States Attorney<br>   Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 30, 2024, at 1:30 p.m., be vacated and continued to **August 6, 2024, at 1:30 p.m.** before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 20th day of May, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE